UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUDPIE, INC.,

        Plaintiff,

    v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 20-cv-03213-JST

**CLERK'S JUDGEMENT**

Re: Dkt. No. 53

Pursuant to the Order Dismissing Case With Prejudice signed September 23, 2020, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 23, 2020

Susan Y. Soong
Clerk, United States District Court

Susan Y. Soong
By: 
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR